JACOB MAYER, Respondent, *v.* CALVIN O. GEER, Defendant, and ADA L. HEINZE, Appellant.

JACOB MAYER, Respondent, *v.* CALVIN O. GEER, Defendant, and RUTH N. HEINZE, Appellant.

*Mayer* v. *Geer*, 153 App. Div. 892, affirmed.
(Argued March 26, 1914; decided April 14, 1914.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 6, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a promissory note.

*Franklin Bien* for appellants.

*Morris J. Hirsch* for respondent.

Judgment in each case affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK and HOGAN JJ. Not sitting: CARDOZO, J.

---

DANIEL J. LEARY, Appellant, *v.* SANDBLOM IRON WORKS, INCORPORATED, Respondent.

*Leary* v. *Sandblom Iron Works, Inc.*, 153 App. Div. 899, affirmed.
(Argued March 27, 1914; decided April 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 23, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at Special Term in an action to determine title to the proceeds of certain policies of fire insurance which had been paid into court.

*Pierre M. Brown,* for appellant.

*Frederick Hulse* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.